

# THE ATTORNEY GENERAL
## OF TEXAS

OPINION #  0-6853       WAS NEVER ISSUED OR

WAS WITHDRAWN.